UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY SHAKER,<br><br>              Plaintiff,<br><br>       v.<br><br>EMCOR SERVICES NORTHEAST,<br>INC., f/k/a BALCO, INC.;<br>EMCOR FACILITIES SERVICES,<br>INC. SUCCESSOR TO ENERGY<br>SYSTEMS INDUSTRIES, INC.; and<br>EMCOR GROUP, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. _____ |

## EMCOR GROUP, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Emcor Services Northeast, Inc., Emcor Facilities Services, Inc., and Emcor Group, Inc., (collectively, "Emcor") hereby disclose the following:

(1)    Emcor Group, Services Northeast, Inc. is a wholly owned subsidiary of Emcor Facilities Services, Inc., which is a wholly owned subsidiary of MES Holdings Corporation.

(2)    MES Holdings Corporation is, in turn, wholly owned by Emcor Group, Inc., a publicly-traded corporation.

(3)    No publicly-traded corporation owns 10% or more of the stock of Emcor Group, Inc.

Respectfully submitted,

EMCOR GROUP, INC.

By its attorneys,


/s/Christopher J. Powell
Robert B. Gordon (BBO #549258)
Christopher J. Powell (BBO #658884)
David I. Noah (pending)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Date:   December 8, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, a true and correct copy of the foregoing Notice of Removal was served upon the attorney of record for the Plaintiff, Mitchel S. Ross, 131 Oliver Street, Boston, MA, 02110, via first-class mail.

/s/Christopher J. Powell
Christopher J. Powell
Ropes & Gray LLP
800 Boylston Street
Boston, MA  02199