**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY SHAKER<br>          Plaintiff,<br><br>v.<br><br>EMCOR SERVICES NORTHEAST, INC.,<br>f/k/a BALCO, INC.,<br>EMCOR FACILITIES SERVICES, INC.,<br>successor to ENERGY SYSTEMS INDUSTRIES, INC.,<br>EMCOR GROUP, INC.,<br>SHELDON CAMMAKER, AND LISA HAIGHT,<br>          Defendants. | CIVIL ACTION NO.<br>1:10-CV-12121-GAO |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(l)(ii), the parties hereby stipulate that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorney's fees.

For the Plaintiff,

/s/ Mitchel S. Ross
Mitchel S. Ross (BBO #430160)
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110-2706
(617) 646-4466
mross@sweder-ross.com

/s/ Stephen D. Rosenberg
Stephen D. Rosenberg (BBO #558415)
The McCormack Firm, LLC
One International Place, 7th Floor
Boston, MA 02110
(617) 951-2929
srosenberg@mccormackfirm.com

For the Defendants,

/s/ Robert B. Gordon
Robert B. Gordon (BBO # 549258)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7442
Robert.Gordon@ropesgray.com

Dated: January 19, 2012

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2012, via First-Class mail.

      /s/ Mitchel S. Ross
Mitchel S. Ross (BBO #430160)
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110-2706
(617) 646-4466
mross@sweder-ross.com